NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**II JOHN WOOD,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2022-1947

---

Appeal from the United States Court of Federal Claims in No. 1:16-cv-01383-EDK, Chief Judge Elaine Kaplan.

---

**ON MOTION**

---

## O R D E R

II John Wood moves to voluntarily dismiss this appeal "without prejudice." ECF No. 5 at 1.

The court notes that its practice is generally not to indicate whether dismissal of an appeal is with or without prejudice.

Accordingly,

2                                                           WOOD v. US

IT IS ORDERED THAT:

(1)  The motion is granted to the extent the appeal is reactivated and dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

October 7, 2022                          /s/ Peter R. Marksteiner
        Date                             Peter R. Marksteiner
                                         Clerk of Court


ISSUED AS A MANDATE: October 7, 2022